THE STATE, EX REL. ROBBINS, APPELLANT, *v.* OFFICIAL COURT REPORTER OF LORAIN CTY. COURT OF COMMON PLEAS; CAMILLO, APPELLEE.

[Cite as State, ex rel. Robbins, *v.* Official Court Reporter (1989),
46 Ohio St. 3d 185.]

(No. 89-1073—Submitted October 11, 1989—Decided November 8, 1989.)

*Edward L. Robbins, pro se.*

*Gregory A. White,* prosecuting attorney, and *Robert F. Corts,* for appellee Orie Camillo.

The decision of the court of appeals (granting appellee's motion to dismiss appellant's complaint in mandamus seeking a transcript of his guilty plea and sentencing) is affirmed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.